RECEIVED
IN LAKE CHARLES, LA

MAY 12 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **SERGE CICERON** | : | **DOCKET NO. 2:09-cv-150**<br>**SECTION P** |
| **VS.** | : | **JUDGE MINALDI** |
| **MICHAEL MUKASEY, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

Serge Ciceron filed a *habeas corpus* petition in the above-captioned matter on January 23, 2009. Doc. 1. On May 11, 2009, the government filed a Motion to Dismiss with exhibits, representing to the court that Mr. Ciceron was removed from the United States pursuant to an order of deportation on April 15, 2009. Doc. 9.

Accordingly, it is ORDERED that the matter is DISMISSED WITHOUT PREJUDICE. Should the representation made to the court by the government be without verity, petitioner Mr. Ciceron shall notify the court and the action may be reopened for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on this 12th day of May, 2009.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE